|[pic] |
| |
| | |Court of Appeals | | |
|BRIAN QUINN | | | |PEGGY CULP |
|Chief Justice | |Seventh District of Texas | |CLERK |
| | |Potter County Courts | | |
|JAMES T. CAMPBELL | |Building | | |
|Justice | |501 S. Fillmore, Suite 2-A | |MAILING ADDRESS: |
| | |Amarillo, Texas 79101-2449 | |P. O. Box 9540 |
|MACKEY K. HANCOCK | |www.7thcoa.courts.state.tx.| |79105-9540 |
|Justice | |us | | |
| | | | | |
|PATRICK A. PIRTLE | | | |(806) 342-2650 |
|Justice | | | | |

 February 20, 2013

|Michael A. Warner |Lorren L. Lucero |
|THE WARNER LAW FIRM |Attorney at Law |
|101 S. E. 11th, Suite 301 |2201 Civic Circle, Suite 516 |
|Amarillo, TX 79101 |Amarillo, TX 79109 |

 Dear Counsel:

 The Court this day disposed of Cause No. 07-12-00532-CV, styled
 In the Interest of A.N.W., a Child. Enclosed are copies of the
 Court's opinion and judgment. Tex. R. App. P. 48.

 In addition, pursuant to Texas Government Code, Sec.
 51.204(b)(2), exhibits on file with this Court, if any, will be
 destroyed three years after final disposition of the case or at an
 earlier date if ordered by the Court.

 Very truly yours,

 PEGGY CULP, CLERK

 By:___________________

 |xc: |Honorable John Board |
| |Jo Carter |
| |Jodi Goodman |
| |Lexis/Nexis |
| |Wolters Kluwer Law & Business |
| |State Bar of Texas |
| |West Publishing |